IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA GARCIA,

    Plaintiff,

v.                                              No. CV 21-807 GBW/CG

LOWE'S MARKET PLACE, INC.,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On October 26, 2021, the Court set this matter for a telephonic Rule 16 Scheduling Conference to be held on Thursday, December 2, 2021 at 11:00 a.m. (Doc. 5). Plaintiff's counsel-of-record, James M. Loren, failed to attend the conference.

**IT IS THEREFORE ORDERED** that Mr. Loren shall show cause why he failed to attend the scheduled telephonic Rule 16 Scheduling Conference by no later than **Thursday, December 9, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE