**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LISA GARCIA,

      Plaintiff,

v.                                                                                        No. CV 21-807 GBW/CG

LOWE'S MARKET PLACE, INC.,

      Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE AND
RESETTING TELEPHONIC RULE 16 SCHEDULING CONFERENCE**

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 7), filed December 2, 2021, and counsel for Plaintiff's *Response to Order to Show Cause*, (Doc. 8), filed December 6, 2021. The Court ordered Plaintiff's counsel to show cause why he failed to attend the scheduled telephonic Rule 16 Scheduling Conference on December 2, 2021. (Doc. 7). In response, Plaintiff's counsel explains that he unsuccessfully attempted to call into the phone system, which "was not recognizing the touch tones and therefore . . . was dropping [the connection]." (Doc. 8 at 1). The Court finds counsel for Plaintiff's response to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 7), is **QUASHED**.

**IT IS FURTHER ORDERED** that the telephonic Rule 16 Scheduling Conference previously set for December 2, 2021, will be **RESET** for **Tuesday, December 21, 2021, at 10:30 a.m**. Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE