IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA GARCIA,

    Plaintiff,

v.   No. CV 21-807 GBW/CG

LOWE'S MARKET PLACE, INC.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion for Leave to Amend Complaint and Incorporated Memorandum of Law* (the "Motion"), (Doc. 9), filed December 7, 2021. In the Motion, Plaintiff states that, [a]s part of the initial disclosures, [she] learned that the current Defendant was incorrectly named." *Id.* at 1. As such, Plaintiff seeks to amend her Complaint to substitute Pay and Save, Inc., as the correct Defendant. *Id.* The Court, having reviewed the Motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff is granted leave to file the proposed amended complaint by no later than **December 15, 2021**.

    **IT IS FURTHER ORDERED** that the Clerk's Office shall substitute Pay and Save, Inc. for Lowe's Market Place, Inc. as the Defendant in the above-captioned matter.

    **IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE