**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LISA GARCIA,

       Plaintiff,

v.                                                                   No. CV 21-807 GBW/CG

PAY AND SAVE, INC.,

       Defendant.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadlines* (the "Motion"), (Doc. 17), filed January 21, 2022. In the Motion, the parties request a 90-day extension of the discovery deadlines, because "the universe of facts, documents and fact witnesses is expanding and not final" as a result of Plaintiff's ongoing "medical treatment" and "scheduled future medical procedures[.]" *Id.* at 1. The Court, having reviewed the Motion, noting that it is filed jointly and that no trial has been set in this matter, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's prior scheduling-related orders listed above shall be modified as follows:

1. Plaintiff to amend the pleadings and join additional parties by **April 21, 2022**;

2. Defendant to amend the pleadings and join additional parties by **May 21, 2022**;

3. Plaintiff's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **April 24, 2022**;

4. Defendant's Fed. R. Civ. P. 26(a)(2)(B) expert disclosures shall be due by **May 22, 2022**;

5. Liability discovery shall close on **June 21, 2022**;

6. Damages discovery shall close on **August 9, 2022**;

7. Motions relating to discovery shall be filed with the Court and served on the opposing party by **July 11, 2022**;

8. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **July 20, 2022**;

9. Parties proposed Pretrial Order to be determined by the presiding judge.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 15), remain in effect unless amended by further order of the Court

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE