**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LISA GARCIA,

       Plaintiff,

v.                                 No. CV 21-807 GBW/CG

PAY AND SAVE, INC.,

       Defendant.

**ORDER VACATING TELEPHONIC STATUS CONFERENCE AND
FOR A JOINT STATUS REPORT**

    **THIS MATTER** is before the Court upon communication from counsel. **IT IS HEREBY ORDERED** that the Status Conference scheduled for **Monday, June 6, 2022, at 10:30 a.m.** is **VACATED**.

    **IT IS FURTHER ORDERED** that the parties shall meet and confer and submit to the Court by no later than **June 20, 2022**, a joint status report addressing the current status of discovery and of this litigation generally, and the parties' amenability to participate fruitfully in a settlement conference.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE