**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LISA GARCIA,

      Plaintiff,

v.                                                    No. CV 21-807 GBW/CG

PAY AND SAVE, INC.,

      Defendant.

<u>**SECOND ORDER FOR A JOINT STATUS REPORT**</u>

      **THIS MATTER** is before the Court upon its *Order for a Joint Status Report* (the "Order"), (Doc. 26), filed May 25, 2022, in which it directed the parties to, among other things, address "the parties' amenability to participate fruitfully in settlement conference." On June 20, 2022, the parties filed a *Joint Status Report and Provisional Discovery Plan*, (Doc. 29), which was not responsive to the Court's Order.

      **IT IS THEREFORE ORDERED** that the parties shall meet and confer and submit to the Court by no later than **July 29, 2022**, a joint status report addressing the current status of discovery and of this litigation generally, and the parties' amenability to participate fruitfully in a settlement conference.

      **IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE