IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LISA GARCIA,

    Plaintiff,

v.                                                                                     No. 21-cv-0807 DHU/SMV

LOWE'S MARKET PLACE, INC. and
PAY AND SAVE, INC.,

    Defendants.[1]

## ORDER TO FILE CLOSING DOCUMENTS

    Counsel for Plaintiff notified the Court by telephone on September 7, 2022, that a settlement has been reached in this matter.

    **IT IS THEREFORE ORDERED** that closing documents be filed no later than **October 7, 2022**, absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

                                                                              _____
                                                                              **STEPHAN M. VIDMAR**
                                                                              **United States Magistrate Judge**

---

[1] Plaintiff amended her Complaint on December 8, 2021, replacing Defendant Lowe's Market Place, Inc. with Defendant Pay and Save, Inc. [Doc. 12].